No. 74–100. Garner *v.* United States. C. A. 9th Cir. Certiorari granted.

No. 74–206. Thermtron Products, Inc., et al. *v.* Hermansdorfer, U. S. District Judge. C. A. 6th Cir. Certiorari granted.

No. 74–489. Department of the Air Force et al. *v.* Rose et al. C. A. 2d Cir. Certiorari granted.

No. 74–687. United States *v.* Moore et al. C. A. 5th Cir. Certiorari granted.

No. 74–742. Foremost-McKesson, Inc. *v.* Provident Securities Co. C. A. 9th Cir. Certiorari granted.

No. 74–744. Commissioner of Internal Revenue *v.* Shapiro et ux. C. A. D. C. Cir. Certiorari granted.

No. 74–753. United States *v.* Testan et al. Ct. Cl. Certiorari granted.

No. 74–5566. Barrett *v.* United States. C. A. 6th Cir. Motion for leave to proceed *in forma pauperis* granted. Certiorari granted limited to Question 1 presented by the petition which reads as follows: "Whether Title 18 U. S. C. Section 922 (h) applies to petitioner who purchased a firearm in an intrastate transaction, and was not involved in any manner with the interstate transportation of said firearm."